435 A.2d 266

Commonwealth v. Miller, Appellant.

Petition for Allowance of Appeal Denied Dec. 29, 1981.

Argued September 9, 1980. Jerome R.

1. This appeal falls within none of the exceptions set forth by Pa.R. App.P. 311 and 312.

Smith, for appellant; Charles M. Guthrie, Assistant District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.